**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7332**

LEONARD BELL,

Plaintiff - Appellant,

versus

DAVID GRAHAM, Assistant Warden, Brunswick Cor-
rectional Center; MARVALENA SIMMONS, Counsel-
or, Brunswick Correctional Center; LOUIS B.
CIE, Chairman, Central Classification Board;
JOHN METZER, Former Parole Chairman; BRUCE
MORRIS, Acting Chairman; UNKNOWN PAROLE INTER-
VIEWER; VICE CHAIRMAN OF THE VIRGINIA PAROLE
BOARD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  John A. MacKenzie, Senior District
Judge.  (CA-96-154-2)

Submitted:  November 20, 1997      Decided:  December 11, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leonard Bell, Appellant Pro Se.  William W. Muse, Assistant Attor-
ney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bell v. Graham</u>, No. CA-96-154-2 (E.D. Va. Sept. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>